# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR417-251 |
| | ) | |
| SHAWN SIBERT,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's supplemental motion to suppress references a video of defendant's arrest and subsequent events, including the transfer of custody of the vehicle he was driving to a third party (apparently his grandmother) and a supervising officer's interruption of that process to institute a search of the vehicle. Doc. 33 at 1-2. The Government is **ORDERED** to submit a copy of the referenced video to the Court and file its surreply, if any, within 10 days of service of this Order.

**SO ORDERED,** this __2nd__ day of February, 2018.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant's surname is misspelled in the caption. The Clerk is **DIRECTED** to update the caption to reflect the correct spelling, "Sibert," and all future pleadings shall so conform.